ant pleaded, and attempted to prove by parol testimony, that the note was not to be paid in cash at the time named, in accordance with the express terms of the written instrument, but that, if at the date of its maturity the payee was indebted to the maker upon an entirely separate and distinct contract, the amount of such indebtedness should be offset against the amount of the note. This may not be done. Jamestown Business College Ass'n v. Allen, 172 N. Y. 291, 64 N. E. 952, 92 Am. St. Rep. 740. If the action had been brought by the payee of the note, within the authority above cited, the evidence tending to establish the defense would have been incompetent. If we concede that the plaintiff stands in no better position than the payee of the note, his position, at least, is equally good.

CORBIN CABINET LOCK CO., Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by the Corbin Cabinet Lock Company against Joshua T. Butler.

PER CURIAM. Judgment affirmed, with costs.

THOMAS, J., dissents.

CORN v. MANDELL. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Henry Corn against Max Mandell. No opinion. Application denied, with $10 costs. Order signed.

COSMOPOLITAN BOARDING & LIVERY STABLES v. AMERICAN SOCIETY FOR PREVENTION OF CRUELTY TO ANIMALS. (Supreme Court, Appellate Term, First Department. June 24, 1913.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by the Cosmopolitan Boarding & Livery Stables against the American Society for the Prevention of Cruelty to Animals. From a Municipal Court judgment in favor of plaintiff, defendant appeals. Reversed. J. Mayhew Wainwright, of New York City, for appellant. Israel M. Lerner, of New York City, for respondent.

PER CURIAM. Under the circumstances disclosed by the record, this judgment must be reversed, and a new trial ordered, with costs to appellant to abide the event, on the authority of Sahr v. Scholle, 89 Hun, 42, 35 N. Y. Supp. 97.

In re COUCH. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) In the matter of the final judicial settlement of the account of proceedings of Franklin Couch, as administrator with the will annexed of John James, deceased. No opinion. Decree of the Surrogate's Court of Westchester county affirmed, with costs to all the parties to the appeal, payable out of the estate.

COX, Respondent, v. HEWLETT BAY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 23, 1913.)

Action by Henry S. Cox against the Hewlett Bay Company and others. No opinion. Motion denied, with $10 costs. See, also, 141 N. Y. Supp. 1114.

COX, Appellant, v. TRAVELERS' INS. CO. OF HARTFORD, CONN., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Charles P. Cox, individually and as executor, etc., against the Travelers' Insurance Company, of Hartford, Conn.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., not sitting.

COYLE v. WALLACE. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Joseph G. Coyle against George E. Wallace. No opinion. Motion granted, with $10 costs. Order filed.

COYNE, Respondent, v. TIDEWATER BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by John Coyne, an infant, by James W. Coyne, his guardian ad litem, against the Tidewater Building Company and another. No opinion. Judgment and order reversed, with costs, and complaint dismissed, upon the ground that the evidence does not establish negligence on the part of the defendants, or that plaintiff was free from contributory negligence.

In re CRAGG. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) In the matter of Walter H. Cragg, an attorney. Matter referred to Hon. Josiah T. Morean, official referee, to take proof and report to the court, with his recommendation. No opinion.

CRANE v. BROOKLYN UNION ELEVATED R. CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Rose E. Crane against the Brooklyn Union Elevated Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1114.

CREAMER et al., Appellants, v. KULLA, Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Frank D. Creamer and another against Jacob Kulla, impleaded with Abraham Cohen. No opinion. Judgment affirmed, with costs.

CRISCUOLI, Respondent, v. CRISCUOLI, Appellant. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Luigi Criscuoli against Flora Criscuoli. No opinion. Motion for reargument (of 141 N. Y. Supp. 1114) granted, and hearing set down for Monday, June 2, 1913.

CRISCUOLI, Respondent, v. CRISCUOLI, Appellant. (Supreme Court, Appellate Divi-

sion, Second Department. June 20, 1913.) Action by Luigi Criscuoli against Flora Criscuoli.

PER CURIAM. Motion granted, on condition that appellant place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion denied.

---

DALY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Hugh A. Daly against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

---

DANZIGER v. GOTTLIEB. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Chas. S. Danziger against Joseph Gottlieb. No opinion. Motion denied, with $10 costs. Order filed. See, also, 156 App. Div. 571, 141 N. Y. Supp. 361; 141 N. Y. Supp. 1115.

---

DAVEY, Appellant, v. COX, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) In the matter of the application of Thomas Wesley Davey for a writ of mandamus against Rosslyn M. Cox, Mayor of the City of Middletown, and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

DEADY, Appellant, v. NEAL, Respondent. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by Josephine T. Deady against E. Virgil Neal.

PER CURIAM. Motion denied, on condition that appellant perfect her appeal, place the case on the calendar for September, 1913, and be ready for argument when reached; otherwise, motion granted, with costs. Permission is given to appellant to submit the original Exhibits 11, 12, and 13, and also the photographs, instead of reproducing them in the record. See, also, 141 N. Y. Supp. 1115.

---

DELAVAN et al., Appellants, v. NEW YORK, N. H. & H. R. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Tompkins C. Delavan and others against the New York, New Haven & Hartford Railroad Company and others. S. Untermyer, of New York City, for appellants. E. D. Robbins, of New York City, for respondents.

PER CURIAM. Judgment (137 N. Y. S. 207) affirmed, with costs, on 154 App. Div. 8, 139 N. Y. Supp. 17. Order filed.

LAUGHLIN, J., dissents, on his former dissenting opinion.

---

DE LISSER, Appellant, v. NOST, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Henry N. De Lisser against William Nost. No opinion. Judgment affirmed, with costs.

---

DE LUCA, Appellant, v. PUMO, Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Anna De Luca, as administratrix, etc., of Giuseppe De Luca, deceased, against Andrea Pumo.

PER CURIAM. Order modified, by providing that the judgment shall stand as security, and by imposing $50 costs and disbursements as terms for opening the default, and, as so modified affirmed, with costs and disbursements of this appeal to the appellant.

---

DEVLIN, Appellant, v. BOOTH S. S. CO., Limited, et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Michael Devlin against the Booth Steamship Company, Limited, and another. No opinion. Judgment unanimously affirmed, with costs.

---

DE WENTWORTH, Appellant, v. McGUIRE, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Cecile De Wentworth against Edward J. McGuire. C. Fox, of New York City, for appellant. E. J. McGuire, of New York City, for respondent.

PER CURIAM. Order affirmed, with costs. Order filed.

SCOTT, J., dissents.

---

DIAMOND v. MENDELSOHN (two cases). (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Jacob Diamond against Herman T. Mendelsohn. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 156 App. Div. 636, 141 N. Y. Supp. 775.

---

DILLON, Respondent, v. XAVIER, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by William Dillon against Frank E. Xavier.

PER CURIAM. Judgment and order affirmed with costs.

BURR, J., dissents.

---

DILLWORTH, Respondent, v. BORNN HAT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by William Dillworth against the Bornn Hat Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

DOMINICK, Appellant, v. STERN, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Eugene L. Dominick, as administrator, etc., against Ida B. Stern. No opinion. Judgment (79 Misc. Rep. 271, 139 N. Y. Supp. 59) affirmed, with costs.

---

DOUDERA, Appellant, v. BOYCE et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Ac-